UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA

- v. -

RUDOLF LANDMAN,

                       *Defendant.*

------------------------------------------------------------

**Affidavit Requesting
Order of Continuance**

**19 Mag. 4452**

| | |
|---|---|
| State of New York | ) |
| County of New York | ) ss.: |
| Southern District of New York | ) |

    Juliana N. Murray, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury that the following is true and correct:

    1. I am an Assistant United States Attorney in the Office of Geoffrey S. Berman, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

    2. The defendant was charged in a complaint dated May 8, 2019, with violating Title 21, United States Code, Sections 841 and 846. The defendant was arrested on May 7, 2019 and was presented before Magistrate Judge Ona T. Wang on May 8, 2019. The defendant was released on conditions.

    3. Defense counsel and I have had discussions regarding a possible disposition of this case. The discussions have not been completed and we plan to continue our discussions, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on June 6, 2019.

5. Therefore, the Government is requesting a 30-day continuance until July 8, 2019, to continue the foregoing discussions. On May 31, 2019, I personally heard from defense counsel, who specifically consented to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
      June 5, 2019

                                                    Juliana N. Murray
                                                    Assistant United States Attorney
                                                    (212) 637-2314