**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 12, 2019

## BY FAX

Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*application granted.*
*6·12·2019*
*Kath H Pen*

Re:    United States v. Rudolf Landman,
       19 Mag. 4452 (UA)

Dear Judge Parker:

I write with the consent of the government to request that the Court permit my client, Rudolf Landman, to participate in residential substance abuse treatment at the Chabad Residential Treatment Center in Los Angeles, California.

Mr. Landman was presented on the 21 U.S.C. §§ 841(b)(1)(C), 846 drug charges in this matter on May 8, 2019. Magistrate Judge Wang ordered him released the same day on his own signature and subject to a $50,000 personal recognizance bond signed by two financially responsible persons and other conditions to include drug testing and treatment and travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey.

Mr. Landman had already sought out and been accepted into the Chabad program prior to his arrest in this matter. The structure and especially the unique Jewish context of the Chabad program are a better fit to address Mr. Landman's ketamine addiction than the options available locally. A letter from the Chabad center confirming Mr. Landman's acceptance and treatment program is appended hereto as **Exhibit A**.

Accordingly, I respectfully request that the Court modify Mr. Landman's bail conditions to allow him to travel to the Central District of California for the purpose of receiving this beneficial treatment. As noted, the government consents to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:    AUSA Juliana Murray

# EXHIBIT A



June 10, 2019

**To:** Clay Kaminsky
52 Duane Street 10th Floor
New York, NY 10007

Re: Rudolf Landman

Mr. Landman has been accepted as a client at Chabad Residential Treatment Center and we will have a bed available for him pending Court approval. We Believe Rudolf will also benefit from a Jewish value based program. We are a highly structured dual diagnosis program that works on both recovery & underlying issues. We also work closely with the courts, providing progress letters as needed and would not hesitate to inform the Court should he decide to leave treatment.

Chabad Residential Treatment Center's program is a three-month residential program followed by a three-month intensive outpatient program for male substance abusers. It is a highly structured program with twenty-four-hour supervision. We perform random drug & alcohol testing three times a week. The Program is based on individual and group cognitive behavioral and developmental psychotherapy with emphasis on Twelve-Step recovery meetings and workshops.

Chabad Residential Treatment Center's daily program consists of two hour long therapeutic groups, 3 hours of educational or life skills groups ,2 hours of optional fitness, and a 12 step meeting. In addition, clients have 2 individual therapy sessions per week, and are encouraged to participate in our spiritual enhancement program.

Chabad Residential Treatment Center is accredited by the Joint Commission ID number 580686 and licensed and certified by the State of California Department of Health Care Services to operate and maintain an adult residential and outpatient alcoholism and substance abuse recovery treatment facility. The license number is 190087CN.

If you need any further information, please do not hesitate to contact me.

Sincerely yours,

Kovi Blauner,
*Administrator-* Chabad Residential Treatment Center

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

## FAX COVER SHEET

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE FEDERAL DEFENDERS OF NEW YORK, INC. WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

| | |
|---|---|
| **FAX TO:** | Honorable Katharine H. Parker |
| **FAX NUMBER:** | (212) 805-4060 |
| **DATE SENT:** | June 12, 2019 |
| **SENDER:** | Clay H. Kaminsky, Attorney |
| **NO. OF PAGES:** | 4      (including this cover sheet) |
| **COMMENTS:** | United States v. Rudolf Landman |
| | |
| | |
| | |
| If problems with this transmission occur, please call (212) 417-8700 | |

Fax No: (212) 571-0392