# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
### Southern District of New York

Mag. Judge Dkt. No. __19-MJ-4452__    Date __7-2-20__

USAO No. __2019R00660__

The Government respectfully requests the Court to dismiss without prejudice the __✓__ Complaint _____ Removal Proceedings in

United States v. __Rudolf Landman__

The Complaint/~~Rule 40 Affidavit~~ was filed on __May 8, 2019__

__✓__ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

__Juliana Murray__
(Print name)

**SO ORDERED:** _[signed]_

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 07/06/2020

Distribution:   White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy